**Order entered January 29, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00041-CR

**EX PARTE DEMOND JONES**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-83350-2020**

### ORDER

Before the Court is appellant's January 20, 2021 motion to extend the time to file his notice of appeal. We **GRANT** appellant's motion. Appellant's notice of appeal is deemed timely filed on the date it was received. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Collin County District Clerk to file the clerk's record by **February 15, 2021**. Appellant has filed a brief indicating that the trial court

adjudicated appellant's writ application on written arguments without conducting a hearing. Thus, we will not order the filing of a reporter's record.

We **ORDER** the State to file its brief by **March 8, 2021**. After the clerk's record and the State's brief have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin N. Smith, Presiding Judge, 380th Judicial District Court; Lynne Finley, Collin County District Clerk; and counsel for all parties.

/s/    LANA MYERS
        JUSTICE